Herman **FITZGERALD**, Appellant,

v.

William A. **BUTLER**, Appellee.

No. 2266.

Municipal Court of Appeals for the District of Columbia.

Argued Oct. 6, 1958.

Decided Oct. 28, 1958.

Francis X. Quinn, Washington, D. C., with whom Collins & Anderson, Washington, D. C., were on the brief, for appellant.

William C. Darden, Washington, D. C., for appellee.

Before HOOD and QUINN, Associate Judges, and CAYTON (Chief Judge, Re-

tired) sitting by designation under Code, § 11–776(b).

PER CURIAM.

This action arose out of a collision between two automobiles at a street intersection. The trial court found that the collision was due to appellant's negligence and awarded appellee judgment for his damages. The issues were factual and there is nothing in the record which would justify us in disturbing the judgment.

Affirmed.